**STATE of Missouri, Respondent,**

v.

**Dwayne J. WINGO, Appellant.**

**No. ED 93770.**

Missouri Court of Appeals, Eastern District, Division Five.

Oct. 26, 2010.

Jessica Hathaway, St. Louis, MO, for appellant.

Chris Koster, Richard A. Starnes, Jefferson City, MO, for respondent.

Before: GARY M. GAERTNER, JR., P.J., MARY K. HOFF, J., and PATRICIA L. COHEN, J.

---

## ORDER

PER CURIAM.

Defendant, Dwayne Wingo, appeals from the judgment entered after a jury found him guilty of robbery in the first degree and attempted robbery in the first degree. No jurisprudential purpose would be served by a written opinion. The parties have been provided with a memorandum for their information only, setting forth the reasons for this decision. The judgment is affirmed pursuant to Rule 30.25(b).